## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

SHANE ALLEN MAY,
ADC #656792                                                                                       PLAINTIFF

v.                                    3:15CV00352-DPM-JTK

ALLISON HUCKABEE-YORK, et al.                                                          DEFENDANTS

### ORDER

Plaintiff has submitted a Second Amended Complaint (Doc. No. 10) pursuant to the Court's December 3, 2015 Order (Doc. No. 9). Having reviewed the Second Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's denial of adequate medical care and treatment claims against Defendants. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Allison Huckabee-York, Donald Crittenden, B. Rosemary, Steve Wright, R. Farmer, and T. Moss. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Second Amended Complaint (Doc. No. 9) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 7th day of January, 2016.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).