IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANE ALLEN MAY
ADC #656792                                                                    PLAINTIFF

v.                           No. 3:15-cv-352-DPM-JTK

ALLISON HUCKABEE-YORK, Jail Administrator,
J-1, Greene County Jail; DONALD CRITTENDEN,
Head Jailer, J-2, Greene County Jail; B. ROSEMARY,
APRN, Jail Nurse, Greene County Jail; STEVE WRIGHT,
LPN, Jail Nurse; R. FARMER, LPN, Jail Nurse, Greene
County Jail; and T. MOSS, LPN, Jail Nurse, Greene
County Jail                                                                    DEFENDANTS

ORDER

Unopposed partial recommendation, № 11, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). May's claims about improper conditions of confinement are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 February 2016