**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SHANE ALLEN MAY,                                                            PLAINTIFF
ADC #656792

v.                          3:15CV00352-DPM-JTK

ALLISON HUCKABEE-YORK, et al.                             DEFENDANTS

## ORDER

Defendants Allison Huckabee, Rosemary Farmer (originally identified as B. Rosemary), and Tonya Moss, through their attorney, answered and supplied their correct names (Doc. No. 21). The Clerk is directed to change the style of the case to reflect the Defendants' correct names.

The Clerk is also directed to terminate the name of Defendant B. Rosemary, as she is identified in the Answer as Rosemary Farmer (also originally sued as R. Farmer).

IT IS SO ORDERED this 1st day of April, 2016.

                                                    JEROME T. KEARNEY
                                                    UNITED STATES MAGISTRATE JUDGE