IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANE ALLEN MAY                                                          PLAINTIFF

v.                              No. 3:15-cv-352-DPM

ALLISON HUCKABEE-YORK, Jail Administrator,
J-1, Greene County Jail; DONALD CRITTENDEN,
Head Jailer, J-2, Greene County Jail; STEVE WRIGHT,
LPN, Jail Nurse; ROSEMARY FARMER, LPN, Jail Nurse,
Greene County Jail; and TONYA MOSS, LPN, Jail Nurse,
Greene County Jail                                                      DEFENDANTS

ORDER

Unopposed recommendation, № 38, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 34, granted. May's inadequate medical care claims will be dismissed with prejudice.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2016