IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANE ALLEN MAY                                                                         PLAINTIFF

v.                              No. 3:15-cv-352-DPM

ALLISON HUCKABEE, Jail Administrator,
J-1, Greene County Jail; DONALD CRITTENDEN,
Head Jailer, J-2, Greene County Jail; B. ROSEMARY,
APRN, Jail Nurse, Greene County Jail; STEVE WRIGHT,
LPN, Jail Nurse; ROSEMARY FARMER, LPN, Jail Nurse,
Greene County Jail; and TONYA MOSS, LPN, Jail
Nurse, Greene County Jail                                                            DEFENDANTS

JUDGMENT

1. May's conditions of confinement claims are dismissed without prejudice.

2. May's inadequate medical care claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 December 2016